UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HANS LARSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTY COLLECTION INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 5:25-cv-03917-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: ECF No. 16 |

In this case, Plaintiffs Hans Larsen and Jewel Seperson ("Plaintiffs") assert claims against Connie Lane Christy ("Christy") and Christy Collection International, Inc. ("CCI") (collectively, "Defendants"). Compl., ECF No. 1. Plaintiffs' claims arise out of a partially written, partially oral agreement for Defendants to provide interior design services for Plaintiffs in their Los Altos residence in Santa Clara County, California. *Id.* ¶ 10. Plaintiffs now move the Court for entry of default judgment against Defendants because neither Christy nor CCI filed a timely response to the complaint. *See* Mot., ECF No. 16. On November 10, 2025, Judge DeMarchi filed and served an order directing the case to be reassigned to a United States District Court Judge, and further provided a Report and Recommendation that Plaintiffs' motion for default judgment be granted in part and denied in part. R & R, ECF No. 22.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as the Report and Recommendation of United States Magistrate Judge DeMarchi. *See* R & R. On November 12, 2025, Plaintiffs filed a certificate of service of the Report and Recommendation on Defendants via U.S. postal service. ECF No. 24. No objections to the

Case No. 5:25-cv-03917-EJD
ORDER ADOPTING REPORT & RECOMMENDATION
1

Report and Recommendation have been received, and the time to file objections has expired.

The Court finds the Report and Recommendation is well reasoned, thorough, and correct as a matter of law. Therefore, the Court **ADOPTS** the Report and Recommendation in every respect. The Court **GRANTS** Plaintiffs' motion for default judgment in Plaintiffs' favor on the merits of their claim for conversion and **DENIES** Plaintiffs' motion for default judgment as to their claims for breach of contract; breach of fiduciary duty; negligence; common counts; and concealment, fraud, and deceit. The Court awards Plaintiffs $659,189.87, plus pre-judgment interest calculated at a rate of seven percent per annum from May 23, 2024, to the date of judgment.

**IT IS SO ORDERED.**

Dated: July 1, 2026

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No. 5:25-cv-03917-EJD
ORDER ADOPTING REPORT & RECOMMENDATION
2